IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT BOEHM and DAVID STULKA,

    Plaintiffs,

  v.

GITTY IMAGES (US), INC. and JOHN GEORGE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-311-jdp

    This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 10/19/2016 |
| Peter Oppeneer, Clerk of Court | Date |